ATTORNEY GRIEVANCE
COMMISSION OF MARYLAND

v.

DANA ANDREW PAUL

   *     IN THE

   *     SUPREME COURT

   *     OF MARYLAND

   *     AG No. 7

   *     September Term, 2023

# O R D E R

Upon consideration of the Joint Petition for 30 Day Suspension by Consent, filed by Petitioner, the Attorney Grievance Commission of Maryland and Respondent, Dana Andrew Paul, in which Respondent consents to the imposition of a 30-day suspension from the practice of law it is this 25th day of September 2023,

ORDERED, by the Supreme Court of Maryland, that, effective immediately, the Respondent Dana Andrew Paul, is suspended for a period of 30 days from the practice of law in the State of Maryland for violation of Maryland Rule 1.6(a) of the Maryland Attorney's Rules of Professional Conduct, and it is further

ORDERED that, the Clerk of this Court shall remove the name of Dana Andrew Paul from the register of attorneys in the Court and certify that fact to the Trustees of the Client Protection Fund of the Bar of Maryland and all clerks of all judicial tribunals in this State in accordance with Maryland Rule 19-761(b).



                         _____/s/ Matthew J. Fader_____
                                    Chief Justice

Pursuant to the Maryland Uniform Electronic Legal Materials
Act (§§ 10-1601 et seq. of the State Government Article) this
document is authentic.



Gregory Hilton, Clerk